Allan D. Sarver, Esq. SBN106282
Attorney at Law
16000 Ventura Blvd. Suite 1000
Encino, CA 91436

Telephone No. (818) 981-0581
Fax (818) 981-0026
Email: ADS@asarverlaw.com

Attorney for Showroom Interiors, LLC

FILED & ENTERED

APR 29 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MOON COLLECTION, INC.<br><br>      Debtor | **Case No    2:21-bk-12674-BB**<br><br>**Chapter 7**<br><br>ORDER APPROVING STIPULATION RE. TURNOVER OF TEMPORARY POSSESSION OF REAL PROPERTY SUBJECT TO SUB-LEASE BETWEEN DEBTOR AND SHOWROOM INTERIORS, LLC.<br><br><br>(No hearing required) |

  Upon review of the Stipulation by and between JASON RUND, chapter 7 trustee and SHOWROOM INTERIORS LLC, landlord, and good cause appearing therefor,

---

**1**
**Order Approving Stipulation for Temporary Turnover of Leasehold**

**IT IS ORDERED THAT** the Stipulation attached hereto as Exhibit "A" is **APPROVED**.

####

Date: April 29, 2021

Sheri Bluebond
United States Bankruptcy Judge

# EXHIBIT "A"

1  ALLAN D. SARVER
   Attorney at Law  (SBN106282)
2  16000 Ventura Boulevard
   Suite 1000
3  Encino, California 91436
4
   Telephone No.: 818-981-0581
5  Facsimile No.: 818-981-0026
   Email: ads@asarverlaw.com
6
7  Attorney for Showroom Interiors, LLC

8                UNITED STATES BANKRUPTCY COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10 | In re:                          | Case No.: 2:21-bk-12674-BB
11 |                                  | Chapter 7
   | MOON COLLECTION, INC.            |
12 |                                  | **STIPULATION RE: TURNOVER OF
   |                                  | TEMPORARY POSSESSION OF REAL
13 |        Debtor.                   | PROPERTY SUBJECT TO SUB-LEASE
   |                                  | BETWEEN DEBTOR AND SHOWROOM
14 |                                  | INTERIORS, LLC.**
15

16

17    **IT IS HEREBY STIPULATED** by and between JASON RUND, chapter 7 trustee
18 ("**Trustee**"), and SHOWROOM INTERIORS, LLC  ("**Landlord**"), as follows:
19                          **FACTUAL RECITALS**
20    A.    On April 1, 2021 ("**Petition Date**"), Moon Collection, Inc. ("**Debtor**") filed its
21 petition under chapter 7 of the U.S. Bankruptcy Code.
22    B.    The Trustee was appointed as the chapter 7 trustee of Debtor's bankruptcy estate on
23 or about the same date.
24    C.    One of the potential assets of the bankruptcy estate is Debtor's interest, as sub-lessee
25 in the premises located at 1900 E. 25th Street, Vernon, CA  90058  ("**Premises**") pursuant to that
26 certain sub-lease by and between Moon Collections, Inc. and Landlord (the "**Sub-Lease**") and
27 which Sub-Lease dated May 10, 2019 expires on February 28, 2022.
28

D.  Debtor's personal property, inventory, and equipment ("**Assets**") remain at the Premises which was under the control of a court appointed Receiver, Jake Diiorio at the behest of Bank of America which contends it is a secured creditor of the Debtor.

E.  The Trustee has not taken a position regarding assumption or rejection of the unexpired Sub-Lease, nor with respect to the Debtor's Assets.

F.  Pending resolution of the bankruptcy estate's administrative obligations as same relate to the Premises and its contents, the Trustee and Landlord agree to enter into the following stipulation:

## STIPULATION

**WHEREFORE**, the Trustee and the Landlord (each a "**Party**" and collectively, the "**Parties**") hereby stipulate as follows:

1.  The Recitals contained in Paragraphs A through E are true and correct and are incorporated herein by reference as though set forth in full.

2.  The Trustee agrees to forthwith turnover the Premises to Landlord subject to his administrative rights and duties as Trustee for the purpose of allowing Landlord to segregate the Assets, subject to third party rights therein or further agreement between the Parties. Landlord shall provide the Trustee with reasonable access to the Assets at the Premises and no assets will be disposed of by Landlord without consent, and subject to the right of the secured creditor, Bank of America to take possession of its collateral pursuant to a separate stipulation between the Trustee and said creditor. ..

3.  This Stipulation has no effect on any present or future claim that has been or may be asserted by Landlord in Debtor's bankruptcy case. The Trustee reserves all rights with respect to any such claim(s), including the right to object to such claim(s) on any appropriate grounds.

4.  Each Party hereto represents and warrants to the other that it has the power, authority and ability to carry out the obligations assumed and promised hereunder.

5.  This Stipulation shall be governed by, and construed and enforced in accordance with, the laws of the State of California, except as superseded by applicable bankruptcy law.

6. This Stipulation may be executed in any number of counterparts, each of which so executed shall be deemed to be an original and such counterparts shall together constitute one and the same agreement. Counterparts may be delivered via facsimile, electronic mail (including pdf), or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

**IN WITNESS WHEREOF,** the Parties hereto have executed this Stipulation on the day and year indicated below.

Dated: 4/27, 2021

*/s/ Jason Rund*
JASON RUND, TRUSTEE

Dated: 4/27, 2021

SHOWROOM INTERIORS, INC.

By: _____
Name: _____
Title: _____

6.    This Stipulation may be executed in any number of counterparts, each of which so executed shall be deemed to be an original and such counterparts shall together constitute one and the same agreement. Counterparts may be delivered via facsimile, electronic mail (including pdf), or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Stipulation on the day and year indicated below.

Dated: _____, 2021

                                     JASON RUND, TRUSTEE

Dated: April 27, 2021        SHOWROOM INTERIORS, INC.

By: _____*Julian Buckner*_____
Name: _____Julian Buckner_____
Title: _____CEO_____